RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 7/26/11
BY _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ZACK ZEMBLIEST SMITH III (Reg. #04838-078) | DOCKET NO. 11-CV-314; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| JOHN OWEN, WARDEN | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition in the captioned matter is **DISMISSED FOR LACK OF JURISDICTION.**

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 26 day of July, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE